Christine Karol Roberts (State Bar No. 156528)
LAW OFFICES OF
CHRISTINE KAROL ROBERTS
E Mail: ckroberts@aol.com
1109 West Twenty-First Street
Floral Park-Santa Ana, California 92706
Telephone:  714.479.0024
Facsimile:   714.479.0025

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Clay Smith Engineering, Inc. ) | Case No.  SACV 07-428 AG (MLGx) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| Target Brands, Inc.  and ) | |
| Ivory International, Inc. ) | |
| ) | |
| Defendants. ) | |

The Court, upon review of the Joint Stipulation for Dismissal filed by the parties, is of the opinion that such stipulation should be granted.

IT IS HEREBY ORDERED that Plaintiff's complaint against the Defendants be dismissed with prejudice as to all Defendants.

//

//

-1-

1   IT IS FURTHER ORDERED that each party shall bear their own attorneys' fees
2   and costs.
3
4   June 20, 2008                    _____
5                                    The Honorable Andrew J. Guilford
6                                    United States District Judge
7
8   Dated:_____

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1109 West Twenty-first Street, Floral Park-Santa Ana, California 92706.

On June 20, 2008, I served the foregoing document described as **JOINT STIPULATION FOR DISMISSAL AND PROPOSED ORDER** on the interested parties to this action by electronic mail transmission to Defendants' counsel of record as follows:

        Michael E. Schupp
        mtschupp@kbkb.com

Executed on June 20, 2008, in the City of Floral Park-Santa Ana, County of Orange, State of California.

        /s/ Christine Karol Roberts
        _____

        Christine Karol Roberts